# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNDERWRITERS AT LLOYD'S SUBSCRIBING) TO POLICY NO. MC-2000012,<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>MONTANE SHIPPING PRIVATE LIMITED, a foreign corporation; OCEAN NETWORK EXPRESS (NORTH AMERICA) INC., a foreign corporation; OCEAN NETWORK EXPRESS PTE LTD., a foreign corporation; and DOES ONE through TEN,<br><br>　　　　Defendants. | Case No.: CV 22-245-DMG (KSx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE [35]** |

　　Based on the parties' Stipulation, IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice, in its entirety.

　　Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: November 22, 2022

　　　　　　　　　　　　　　　　　　　　　　／s／ Dolly M. Gee
　　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE